# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MICHAEL MILLER<br>(#54159-048)<br><br>Defendant | Case No. 3:17-cr-00008-HDM-WGC-2<br><br>**ORDER VACATING JUDGMENT** |

Pursuant to the memorandum disposition of the Ninth Circuit Court of Appeals dated December 19, 2019, finding insufficient evidence to support the jury's verdict, and requiring that the jury verdict be vacated, this court's order of dismissal entered February 10, 2020, is hereby amended as follows: the judgment entered June 25, 2018 is vacated nunc pro tunc to February 10, 2020.

**IT IS SO ORDERED.**

DATED this 14th day of February, 2020.

_____
Howard D. McKibben,
Senior United States District Judge